No. 1146. HEARST MAGAZINES, INC. *v.* DE ACOSTA; and

No. 1157. BROWN *v.* DE ACOSTA. May 21, 1945. Petitions for writs of certiorari to the Circuit Court of Ap-

peals for the Second Circuit denied. MR. JUSTICE MURPHY is of opinion that certiorari should be granted. *Mr. Alfred H. Wasserstrom* for petitioner in No. 1146. *Messrs. Benjamin J. Rabin* and *Milton Diamond* for petitioner in No. 1157. *Messrs. Carl J. Austrian* and *Saul J. Lance* for respondent. Reported below: 146 F. 2d 408.